UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JOHN NKWUO,

        Plaintiff,

   v.

GOLDEN GATE UNIVERSITY, DAN ANGEL, NABIL RAGAE, PAUL FOUTS, KERRY CURTIS, LEE ROBINS, ROBERT FURKETH, DOES 1 through 10, inclusive,

        Defendants.

Case No.  5:14-cv-05192 HRL

**ORDER TO SHOW CAUSE RE SANCTIONS**

On April 7, 2015, the court held an Initial Case Management Conference, but plaintiff failed to appear.  Accordingly, plaintiff shall appear in person before this court on **April 21, 2015, 10:00 a.m.**, Courtroom 2, Fifth Floor, United States District Court, 280 South First Street, San Jose, California, and show cause why he should not be sanctioned for his failure to appear.[1]

SO ORDERED.

Dated:   April 7, 2015

                              HOWARD R. LLOYD
                              UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants need not appear for the show cause hearing.

5:14-cv-05192-HRL Notice has been electronically mailed to:

Michael Joseph Vartain    mike@vartainlaw.com, charissa@vartainlaw.com, emelina@vartainlaw.com, stacey@vartainlaw.com, william@vartainlaw.com

William Charles Teeling    william@vartainlaw.com, charissa@vartainlaw.com, emelina@vartainlaw.com

5:14-cv-05192-HRL A copy of this order sent by U.S. Mail to:

John Nkwuo
P.O. Box 53554
San Jose, CA 95153

    Pro Se Plaintiff