UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN NKWUO,<br><br>            Plaintiff,<br><br>     v.<br><br>GOLDEN GATE UNIVERSITY, DAN ANGEL, NABIL RAGAE, PAUL FOUTS, KERRY CURTIS, LEE ROBINS, ROBERT FURKETH, DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No.  5:14-cv-05192 HRL<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

The April 7, 2015 Order to Show Cause re Sanctions is discharged.  No sanctions will be imposed.

SO ORDERED.

Dated:   April 21, 2015

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:14-cv-05192-HRL Notice has been electronically mailed to:

Michael Joseph Vartain     mike@vartainlaw.com, charissa@vartainlaw.com, emelina@vartainlaw.com, stacey@vartainlaw.com, william@vartainlaw.com

William Charles Teeling     william@vartainlaw.com, charissa@vartainlaw.com, emelina@vartainlaw.com

5:14-cv-05192-HRL A copy of this order sent by U.S. Mail to:

John Nkwuo
P.O. Box 53554
San Jose, CA 95153

      Pro Se Plaintiff