UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN A. NKWUO,<br><br>    Plaintiff,<br><br>v.<br><br>GOLDEN GATE UNIVERSITY, DAN ANGEL, NABIL RAGAE, PAUL FOUTS, KERRY CURTIS, LEE ROBINS, ROBERT FURKETH, DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 5:14-cv-05192-HRL<br><br>**ORDER CONTINUING HEARING RE DEFENDANTS' SUMMARY JUDGMENT MOTION** |

The court has received plaintiff's belated opposition to defendants' motion for summary judgment. Although plaintiff's opposition papers were due by September 21, 2015, see Civ. L.R. 7-3(a), they apparently were not filed until September 25. Even though plaintiff is representing himself, he is expected to follow the rules and orders that all litigants must obey, and the court does not condone his tardy filing. Nevertheless, in view of the potentially dispositive nature of defendants' pending motion, the court will, in its discretion, accept plaintiff's opposition papers. Defendants will be given until **October 5, 2015** to file their reply. Except as otherwise permitted by Civil Local Rule 7-3(d), after defendants' reply is filed, no further papers may be submitted by any party unless otherwise ordered by the court. The hearing on defendants' summary judgment

1  motion is **re-set for November 3, 2015, 10:00 a.m.**

2      SO ORDERED.

3  Dated:   September 29, 2015

_____
HOWARD R. LLOYD
United States Magistrate Judge

5:14-cv-05192-HRL Notice has been electronically mailed to:

Michael Joseph Vartain    mike@vartainlaw.com, charissa@vartainlaw.com, emelina@vartainlaw.com, stacey@vartainlaw.com, william@vartainlaw.com

William Charles Teeling    william@vartainlaw.com, charissa@vartainlaw.com, emelina@vartainlaw.com

5:14-cv-05192-HRL Notice sent by U.S. Mail to:

John Nkwuo
P.O. Box 53554
San Jose, CA 95153